UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

OLUSINA OLUFEMI OLAJIDE,
a/k/a SHEENA FEMI OLAJIDE,
a/k/a CARL WILLIAMS,

       Defendant.

_____/           **INDICTMENT**

The Grand Jury charges:

## COUNT 1
(False Attestation of U.S. Citizenship in a Voter Registration Application)

On or about December 19, 2011, in Ingham County, in the Western District of Michigan,

Southern Division,

OLUSINA OLUFEMI OLAJIDE,
a/k/a SHEENA FEMI OLAJIDE,
a/k/a CARL WILLIAMS,

an alien, knowingly made a false statement and claim that he was a citizen of the United States in

order to register to vote in a Federal, State, and local election, in that he falsely stated and

claimed that he was a United States citizen when registering to vote with the Office of the

Michigan Department of State.

**18 U.S.C. § 1015(f)**

## COUNT 2
(Unlawful Election Voting by Alien)

On or about November 6, 2012, in Ingham County, in the Southern Division of the

Western District of Michigan,

OLUSINA OLUFEMI OLAJIDE,
a/k/a SHEENA FEMI OLAJIDE,
a/k/a CARL WILLIAMS,

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in

part for the purpose of electing a candidate for the Office of President, Vice President, Member

of the Senate, and Member of the House of Representatives.

**18 U.S.C. § 611(a), (b)**

## COUNT 3
(False Attestation of U.S. Citizenship in a Voter Registration Application)

On or about April 8, 2013, in Ingham County, in the Western District of Michigan,

Southern Division,

OLUSINA OLUFEMI OLAJIDE,
a/k/a SHEENA FEMI OLAJIDE,
a/k/a CARL WILLIAMS,

an alien, knowingly made a false statement and claim that he was a citizen of the United States in

order to register to vote in a Federal, State, and local election, in that he falsely stated and

claimed that he was a United States citizen when registering to vote with the Office of the

Michigan Department of State.

**18 U.S.C. § 1015(f)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
CLAY M. WEST
Assistant United States Attorney